DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARCHIE SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2704

[December 5, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee; Michael C. Heisey, Judge; L.T. Case No. 47-2008-CF-000881A.

Archie Smith, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***